IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | CASE NO: 3:08-cr-00086-JWS-1 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GILBERTO GONZALEZ, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER

Based on the foregoing motion,

IT IS ORDERED that Hugh W. Fleischer is permitted to withdraw as counsel for Mr. Gonzalez and that the Federal Public Defender shall appoint a CJA Attorney to represent Mr. Gonzalez/

DATED this ___ day of July, 2009.

_____
John W. Sedwick
United States District Judge

9650/516